**SEALED**

BENJAMIN B. WAGNER
United States Attorney
RUSSELL L. CARLBERG
Assistant U.S. Attorney
501 I Street, Suite 10-100
Sacramento, California  95814
Telephone: (916) 554-2748

**FILED**

SEP - 6 2012

CLERK, U.S. DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA
BY _____
      DEPUTY CLERK

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

2:12 - CR - 315   KJM

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>        Plaintiff,<br><br>    v.<br><br>LEE LOOMIS,<br>    aka Lawrence Leland Loomis,<br>JOHN HAGENER,<br>DARREN FEHST,<br>MICHAEL LLAMAS,<br>PETER WOODARD,<br>JOSEPH A. GEKKO, and<br>DAWN C. POWERS<br><br>        Defendants. | CASE NO.<br><br>**ORDER TO SEAL**<br>(UNDER SEAL) |

The Court hereby orders that the Indictment, the Petition of Assistant U.S. Attorney Russell L. Carlberg to Seal Indictment, and this Order and this case, in the above-referenced case, shall be sealed until further order of the Court.

DATED: Sept 6, 2012

GREGORY G. HOLLOWS
United States Magistrate Judge