


```
 1  BENJAMIN B. WAGNER
    United States Attorney
 2  RUSSELL L. CARLBERG
    Assistant United States Attorney
 3  501 I Street, Suite 10-100
    Sacramento, California 95814
 4  Telephone: (916) 554-2748
```

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| In re: SEALED INDICTMENT OF LEE LOOMIS, ET AL. | CR. NO. 2:12-0315 KJM<br><br>Application For Order Unsealing Indictment; [Proposed] Order |

TO THE HONORABLE KENDALL J. NEWMAN, UNITED STATES MAGISTRATE JUDGE:

COME NOW Russell L. Carlberg, Assistant United States Attorney for the Eastern District of California, to petition this Court and respectfully represent:

1. On September 6, 2012 the Honorable United States Magistrate Judge Gregory G. Hollows issued an order sealing the Indictment in the above-referenced case.

2. On or about September 14, 2012, federal agents executed an arrest warrant on the lead defendant.

3. It is in the interests of the public and the efficient administration of justice to unseal the indictment.

THEREFORE, your petitioner prays that the aforesaid indictment

1

be unsealed and made part of the public record.

Dated: September 12, 2012        Respectfully submitted,

BENJAMIN B. WAGNER
U.S. ATTORNEY

by: /s/ Russell L. Carlberg
RUSSELL L. CARLBERG
Assistant U.S. Attorney

[PROPOSED] ORDER

THE COURT HEREBY ORDERS that the Indictment in case No. 2:12-CR-0315 KJM be unsealed and made part of the public record.

DATED: Sept. 14, 2012

HON. KENDALL J. NEWMAN
United States Magistrate Judge

2