FILED
September 14, 2012
CLERK, US DISTRICT COURT
EASTERN DISTRICT OF
CALIFORNIA
DEPUTY CLERK

UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | CASE NUMBER: 2:12-cr-00315-KJM |
| Plaintiff, ) | |
| v. ) | ORDER FOR RELEASE |
| ) | OF PERSON IN CUSTODY |
| JOHN HAGENER, ) | |
| Defendant. ) | |

TO:   UNITED STATES MARSHAL:

This is to authorize and direct you to release <u>John Hagener</u>; Case <u>2:12-cr-00315-KJM</u> from custody and for the following reasons:

__  Release on Personal Recognizance

__  Bail Posted in the Sum of _____

<u>X</u>  Unsecured Appearance Bond in the amount of <u>$1,000,000.00</u>; co-signed by defendant's wife, Maria Hagener

__  Appearance Bond with 10% Deposit

__  Appearance Bond secured by Real Property

__  Corporate Surety Bail Bond

<u>X</u>  (Other) <u>Pretrial Supervision/Conditions;</u>

Issued at <u>Sacramento, CA</u> on <u>9/14/2012</u> at 2:50 p.m.

By /s/ Kendall J. Newman
Kendall J. Newman
United States Magistrate Judge