BENJAMIN B. WAGNER
United States Attorney
TODD D. LERAS
PAUL HEMESATH
Assistant U.S. Attorneys
501 I Street, Suite 10-100
Sacramento, California  95814
Telephone: (916) 554-2700

IN THE UNITED STATES DISTRICT COURT FOR THE

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　Plaintiff,<br><br>　　v.<br><br>LEE LOOMIS, JOHN HAGENER,<br>and DAWN C. POWERS,<br><br>　　　　Defendants. | CR. S-12-00315 KJM<br><br>STIPULATION AND PROTECTIVE ORDER REGARDING DISSEMINATION OF DISCOVERY DOCUMENTS CONTAINING PERSONAL IDENTIFICATION INFORMATION |

　　　IT IS HEREBY STIPULATED AND AGREED among the parties and their respective counsel, Todd D. Leras and Paul Hemesath, Assistant United States Attorneys, on behalf of the government, Douglas Beevers, Assistant Federal Defender, on behalf of defendant Lee Loomis, Attorney William J. Portanova on behalf of defendant John Hagener, and Christopher Haydn-Myer on behalf of defendant Dawn Powers, that the documents to be provided as discovery in this case are subject to a Protective Order.

　　　Defendants are charged with various mail and wire fraud offenses related to an alleged scheme to acquire real property on

1  behalf of numerous investors.  The parties agree that discovery
2  in the case necessarily contains Protected Information.  The
3  phrase "Protected Information" as used in this stipulation and
4  order includes investor Social Security Numbers, Driver's License
5  Numbers, dates of birth, addresses, telephone numbers, e-mail
6  addresses, and any other personal or financial identifying
7  information.  This Protective Order extends to all documents
8  provided by the government to defense counsel in this case,
9  including those items related to conduct not charged in the
10 Indictment.
11      By signing this Stipulation and Protective Order, defense
12 counsel agree not to share any documents containing Protected
13 Information in unredacted form with any person other than primary
14 counsel, assisting counsel, designated defense investigators, and
15 support staff.  Defense counsel may allow their clients to view
16 unredacted documents in the presence of their respective
17 attorneys, investigators and/or appropriate support staff.
18      The parties further agree that defense counsel,
19 investigators, and support staff shall not permit any defendant
20 to copy, either in writing or by other means, Protected
21 Information contained in the discovery.  Defense counsel,
22 investigators and support staff may provide their respective
23 clients with copies of documents from which all Protected
24 Information has been redacted.
25      In the event that any defendant substitutes counsel, the
26 undersigned attorneys agree to withhold documents containing
27 Protected Information from new counsel until such time as
28 substituted counsel agrees to be bound by this Protective Order.

1   This stipulation and protective order has been provided to
2 defense counsel for their review.  Following review of its
3 contents, Assistant U.S. Attorney Todd Leras has been authorized
4 via e-mail to sign this stipulation on behalf of Attorney William
5 J. Portanova, Attorney Christopher Haydn-Myer and Assistant
6 Federal Defender Douglas Beevers.

DATED: September 27, 2012      By:   /s/ Todd D. Leras
                                     TODD D. LERAS
                                     Assistant U.S. Attorney

DATED: September 27, 2012      By:   /s/ Paul Hemesath
                                     PAUL HEMESATH
                                     Assistant U.S. Attorney

DATED: September 27, 2012      By:   /s/ Todd D. Leras for
                                     DOUGLAS BEEVERS
                                     Attorney for Defendant
                                     LEE LOOMIS

DATED: September 27, 2012      By:  /s/ Todd D. Leras for
                                     WILLIAM J. PORTANOVA
                                     Attorney for Defendant
                                     JOHN HAGENER

DATED: September 27, 2012      By:  /s/ Todd D. Leras for
                                     CHRISTOPHER HAYDN-MYER
                                     Attorney for Defendant
                                     DAWN C. POWERS

1    FOR GOOD CAUSE SHOWN, pursuant to the stipulation of
counsel, Protected Information provided to defense counsel by the
government as discovery in Case Number S-12-315 KJM shall:

    1.  Be shared in unredacted format only among primary
counsel, assisting counsel, designated defense investigators, and
support staff;

    2.  Be viewed by a defendant in unredacted format only in
the presence of his or her attorney, investigator, and/or
appropriate support staff; and

    3.  Be provided to a defendant only in a copy from which all
Protected Information has been redacted.

No person shall permit a Defendant to copy, either in writing or by other means, Protected Information contained in the discovery.  No person shall provide substitute counsel with documents containing Protected Information until such time as substitute counsel has agreed to be bound by this Protective Order.

IT IS SO ORDERED

Date:   September 28, 2012.

_____
UNITED STATES DISTRICT JUDGE