1  BENJAMIN B. WAGNER
   United States Attorney
2  PAUL A. HEMESATH
   Assistant United States Attorney
3  501 I Street, Suite 10-100
   Sacramento, CA 95814
4  Telephone: (916) 554-2700
   Facsimile: (916) 554-2900
5

6  Attorneys for Plaintiff
   United States of America
7

8              IN THE UNITED STATES DISTRICT COURT

9              EASTERN DISTRICT OF CALIFORNIA

10

| 11 | UNITED STATES OF AMERICA, | CASE NO. 2:12-CR-00315-JAM |
|----|---|---|
| 12 | Plaintiff, | STIPULATION REGARDING EXCLUDABLE TIME PERIODS UNDER SPEEDY TRIAL ACT; |
| 13 | v. | FINDINGS AND ORDER |
| 14 | LEE LOOMIS, ET AL., | Date: July 9, 2013 |
| 15 | Defendants. | Time 9:45 a.m. Judge: Hon. John A. Mendez |

16

17                          **STIPULATION**

18      Plaintiff United States of America, by and through its counsel of record, and defendant, by and

19  through defendant's counsel of record, hereby stipulate as follows:

20      1.   By previous order, this matter was set for status on July 9, 2013.

21      2.   By this stipulation, defendant now moves to continue the status conference until

22  September 24, 2013, and to exclude time between July 9, 2013, and September 24, 2013, under Local

23  Code T4.

24      3.   The parties agree and stipulate, and request that the Court find the following:

25      a)   The government has represented that the discovery associated with this case includes

26           hundreds of thousands of pages of discovery and terabytes of electronic discovery. All of

27           this discovery has been either produced directly to counsel and/or made available for

28           inspection and copying.

STIPULATION RE: EXCLUDABLE TIME; [PROPOSED]           1
FINDINGS AND ORDER

b)   Attorneys for defendants desire additional time to conduct additional investigation, to review and copy discovery for this matter, to discuss potential resolutions with their respective clients, and to otherwise prepare for trial.

c)   Attorneys for defendants believes that failure to grant the above-requested continuance would deny them the reasonable time necessary for effective preparation, taking into account the exercise of due diligence.

d)   The government does not object to the continuance.

e)   Based on the above-stated findings, the ends of justice served by continuing the case as requested outweigh the interest of the public and the defendant in a trial within the original date prescribed by the Speedy Trial Act.

f)   For the purpose of computing time under the Speedy Trial Act, 18 U.S.C. § 3161, et seq., within which trial must commence, the time period of July 9, 2013 to September 24, 2013, inclusive, is deemed excludable pursuant to 18 U.S.C.§ 3161(h)(7) (B)(iv) [Local Code T4 - Preparation] because it results from a continuance granted by the Court at defendant's request on the basis of the Court's finding that the ends of justice served by taking such action outweigh the best interest of the public and the defendant in a speedy trial.

g)   Due to the complexity of this case—in particular the volume and type of discovery—this time period is also deemed excludable pursuant to 18 U.S.C.§ 3161(h)(7)(B)(ii) [Local Code T2 - Complexity].

///
///
///
///
///
///
///
///
///

4. Nothing in this stipulation and order shall preclude a finding that other provisions of the Speedy Trial Act dictate that additional time periods are excludable from the period within which a trial must commence.

IT IS SO STIPULATED.

Dated: July 3, 2013BENJAMIN B. WAGNER
United States Attorney


 /s/ Paul A. Hemesath
PAUL A. HEMESATH
Assistant United States Attorney


Dated: July 3, 2013 /s/ Christopher Haydn-Myer
CHRISTOPHER HAYDN-MYER
Attorney for DAWN C. POWERS


Dated: July 3, 2013 /s/ Michael B. Bigelow
MICHAEL B. BIGELOW
Attorney for JOSEPH A. GEKKO


Dated: July 3, 2013 /s/ Douglas Beevers
DOUGLAS J. BEEVERS
Attorney for LEE LOOMIS


Dated: July 3, 2013 /s/ William John Portanova
WILLIAM JOHN PORTANOVA
Attorney for JOHN HAGENER


Dated: July 3, 2013 /s/ Dan Frank Koukol
DAN FRANK KOUKOL
Attorney for PETER WOODARD

| | | |
|---|---|---|
| 1 | Dated: July 3, 2013 | /s/ Thomas A. Johnson |
| 2 | | THOMAS A. JOHNSON<br>Attorney for Michael Llamas |
| 4 | Dated: July 3, 2013 | /s/ Michael N. Pancer |
| 5 | | MICHAEL N. PANCER<br>Attorney for Michael Llamas |

STIPULATION RE: EXCLUDABLE TIME; [PROPOSED] FINDINGS AND ORDER

4

**FINDINGS AND ORDER**

IT IS SO FOUND AND ORDERED this 3rd day of July, 2013

/s/ John A. Mendez
THE HONORABLE JOHN A. MENDEZ
UNITED STATES DISTRICT COURT JUDGE