BENJAMIN B. WAGNER
United States Attorney
PAUL A. HEMESATH
Assistant United States Attorney
501 I Street, Suite 10-100
Sacramento, CA 95814
Telephone: (916) 554-2700
Facsimile: (916) 554-2900

Attorneys for Plaintiff
United States of America

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>            Plaintiff,<br><br>      v.<br><br>LEE LOOMIS, ET AL.,<br><br>            Defendants. | CASE NO. 2:12-CR-00315-JAM<br><br>STIPULATION REGARDING EXCLUDABLE TIME PERIODS UNDER SPEEDY TRIAL ACT; FINDINGS AND ORDER<br><br>Date: September 24, 2013<br>Time 9:45 a.m.<br>Judge: Hon. John A. Mendez |

## STIPULATION

Plaintiff United States of America, by and through its counsel of record, and defendant, by and through defendant's counsel of record, hereby stipulate as follows:

1. By previous order, this matter was set for status on September 24, 2013.

2. By this stipulation, defendant now moves to continue the status conference until November 12, 2013, and to exclude time between September 24, 2013, and November 12, 2013, under Local Code T4.

3. The parties agree and stipulate, and request that the Court find the following:

   a) The government has represented that the discovery associated with this case includes hundreds of thousands of pages of discovery and terabytes of electronic discovery. All of this discovery has been either produced directly to counsel and/or made available for inspection and copying.

b)     Attorneys for defendants desire additional time to conduct additional investigation, to review and copy discovery for this matter, to discuss potential resolutions with their respective clients, and to otherwise prepare for trial.

c)     Attorneys for defendants believes that failure to grant the above-requested continuance would deny them the reasonable time necessary for effective preparation, taking into account the exercise of due diligence.

d)     The government does not object to the continuance.

e)     Based on the above-stated findings, the ends of justice served by continuing the case as requested outweigh the interest of the public and the defendant in a trial within the original date prescribed by the Speedy Trial Act.

f)     For the purpose of computing time under the Speedy Trial Act, 18 U.S.C. § 3161, et seq., within which trial must commence, the time period of September 24, 2013 to November 12, 2013, inclusive, is deemed excludable pursuant to 18 U.S.C.§ 3161(h)(7) (B)(iv) [Local Code T4 - Preparation] because it results from a continuance granted by the Court at defendant's request on the basis of the Court's finding that the ends of justice served by taking such action outweigh the best interest of the public and the defendant in a speedy trial.

g)     Due to the complexity of this case—in particular the volume and type of discovery—this time period is also deemed excludable pursuant to 18 U.S.C.§ 3161(h)(7)(B)(ii) [Local Code T2 - Complexity].

///
///
///
///
///
///
///
///

4. Nothing in this stipulation and order shall preclude a finding that other provisions of the Speedy Trial Act dictate that additional time periods are excludable from the period within which a trial must commence.

IT IS SO STIPULATED.

Dated: September 19, 2013         BENJAMIN B. WAGNER
                                  United States Attorney

                                   /s/ Paul A. Hemesath
                                  PAUL A. HEMESATH
                                  Assistant United States Attorney

Dated: September 19, 2013          /s/ Christopher Haydn-Myer
                                  CHRISTOPHER HAYDN-MYER
                                  Attorney for DAWN C. POWERS

Dated: September 19, 2013          /s/ Michael B. Bigelow
                                  MICHAEL B. BIGELOW
                                  Attorney for JOSEPH A. GEKKO

Dated: September 19, 2013          /s/ Douglas Beevers
                                  DOUGLAS J. BEEVERS
                                  Attorney for LEE LOOMIS

Dated: September 19, 2013          /s/ William John Portanova
                                  WILLIAM JOHN PORTANOVA
                                  Attorney for JOHN HAGENER

Dated: September 19, 2013          /s/ Dan Frank Koukol
                                  DAN FRANK KOUKOL
                                  Attorney for PETER WOODARD

1  Dated: September 19, 2013              /s/ Thomas A. Johnson
                                          THOMAS A. JOHNSON
2                                         Attorney for Michael Llamas

3

4  Dated: September 19, 2013              /s/ Michael N. Pancer
                                          MICHAEL N. PANCER
5                                         Attorney for Michael Llamas

STIPULATION RE: EXCLUDABLE TIME; [PROPOSED]         4
FINDINGS AND ORDER

**FINDINGS AND ORDER**

IT IS SO FOUND AND ORDERED this 19th day of September, 2013

        /s/ John A. Mendez
        THE HONORABLE JOHN A. MENDEZ
        UNITED STATES DISTRICT COURT JUDGE