WILLIAM J. PORTANOVA, State Bar No. 106193
Attorney at Law
400 Capitol Mall, Suite 1100
Sacramento, CA 95814
Telephone: (916) 444-7900
Fax: (916) 444-7998
Portanova@TheLawOffices.com

Attorney for John Hagener

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,  )<br>                                             )<br>              Plaintiff,             )<br>                                             )<br>      v.                                  )<br>                                             )<br>LEE LOOMIS, et al.,             )<br>                                             )<br>              Defendants.       )<br>_____) | Case No. 2:12-CR-00315 JAM<br><br>**STIPULATION AND PROPOSED ORDER CONTINUING JUDGMENT AND SENTENCING**<br><br>Date:  June 10, 2014<br>Time:  9:45 a.m.<br>Judge: Hon. John A. Mendez |

With the Court's permission, plaintiff United States of America, by and through its counsel, Assistant United States Attorney Paul Hemesath, defendant John Hagener, by and through attorney, William J. Portanova, and, defendant Dawn Powers, by and through attorney, Christopher Haydn-Myer, hereby stipulate that the date for judgment and sentencing, now set for June 10, 2014, at 9:45 a.m. be continued to September 30, 2014, at 9:30 a.m. and that the following schedule for disclosure of the Pre-Sentence Report and the filing of objections be adopted:

|  |  |
|---|---|
| Judgment and Sentencing Date: | September 30, 2014 |
| Reply, or Statement of Non-Opposition: | September 23, 2014 |
| Motion for Correction of Pre-Sentence Report: | September 16, 2014 |

| | |
|---|---|
| Pre-Sentence Report Shall be Filed with the Court and Disclosed to Counsel: | September 9, 2014 |
| Counsel's Written Objections to the Pre-Sentence Report Shall be Delivered to the Probation Officer and Opposing Counsel: | September 2, 2014 |
| Pre-Sentence Report Shall be Disclosed to Counsel: | August 19, 2014 |

This continuance is necessary so that counsel for the defendants may meet with their clients, review the Presentence Report; discuss the findings and recommendations therein; and, research and draft informal objections as necessary.

**IT IS SO STIPULATED.**

Dated:    June 03, 2014            /s/ William J. Portanova
                                    _____
                                    WILLIAM J. PORTANOVA
                                    Attorney for John Hagener

Dated:    June 03, 2014            /s/ Christopher Haydn-Myer
                                    _____
                                    CHRISTOPHER HAYDN-MYER
                                    Attorney for Dawn Powers

Dated:    June 03, 2014            /s/ Paul Hemesath
                                    _____
                                    PAUL HEMESATH
                                    Assistant United States Attorney

**IT IS SO ORDERED.**

Dated:    6/3/2014                 /s/ John A. Mendez_____
                                    THE HON. JOHN A. MENDEZ
                                    United States District Judge