1  WILLIAM J. PORTANOVA, State Bar No. 106193
   Attorney at Law
2  400 Capitol Mall, Suite 1100
3  Sacramento, CA 95814
   Telephone: (916) 444-7900
4  Fax: (916) 444-7998
   Portanova@TheLawOffices.com
5

6
   Attorney for John Hagener
7

8                  UNITED STATES DISTRICT COURT

9                  EASTERN DISTRICT OF CALIFORNIA

10

11 | UNITED STATES OF AMERICA,        )   Case No. 2:12-CR-00315 JAM
                                      )
12 |          Plaintiff,               )   **STIPULATION AND PROPOSED**
                                      )   **ORDER CONTINUING JUDGMENT**
13 |     v.                            )   **AND SENTENCING**
                                      )
14 |
   | LEE LOOMIS, et al.,              )   Date:  June 10, 2014
15 |                                   )   Time:  9:45 a.m.
   |          Defendants.              )   Judge: Hon. John A. Mendez
16 |_____)

17

18      With the Court's permission, plaintiff United States of America, by and through its

19 counsel, Assistant United States Attorney Paul Hemesath, defendant John Hagener, by and

20 through attorney, William J. Portanova, and, defendant Dawn Powers, by and through attorney,

21 Christopher Haydn-Myer, hereby stipulate that the date for judgment and sentencing, now set

22 for June 10, 2014, at 9:45 a.m. be continued to September 30, 2014, at 9:30 a.m. and that the

23 following schedule for disclosure of the Pre-Sentence Report and the filing of objections be

24 adopted:

25      Judgment and Sentencing Date:                        September 30, 2014

26      Reply, or Statement of Non-Opposition:               September 23, 2014

27      Motion for Correction of Pre-Sentence Report:        September 16, 2014

28

| | |
|---|---|
| Pre-Sentence Report Shall be Filed with the Court and Disclosed to Counsel: | September 9, 2014 |
| Counsel's Written Objections to the Pre-Sentence Report Shall be Delivered to the Probation Officer and Opposing Counsel: | September 2, 2014 |
| Pre-Sentence Report Shall be Disclosed to Counsel: | August 19, 2014 |

This continuance is necessary so that counsel for the defendants may meet with their clients, review the Presentence Report; discuss the findings and recommendations therein; and, research and draft informal objections as necessary.

**IT IS SO STIPULATED.**

Dated:   June 03, 2014        /s/ William J. Portanova

                              _____
                              WILLIAM J. PORTANOVA
                              Attorney for John Hagener


Dated:   June 03, 2014        /s/ Christopher Haydn-Myer

                              _____
                              CHRISTOPHER HAYDN-MYER
                              Attorney for Dawn Powers


Dated:   June 03, 2014        /s/ Paul Hemesath

                              _____
                              PAUL HEMESATH
                              Assistant United States Attorney


**IT IS SO ORDERED.**

Dated:   6/3/2014             /s/ John A. Mendez_____
                              THE HON. JOHN A. MENDEZ
                              United States District Judge