WILLIAM J. PORTANOVA, State Bar No. 106193
Attorney at Law
400 Capitol Mall, Suite 1100
Sacramento, CA 95814
Telephone: (916) 444-7900
Fax: (916) 444-7998
Portanova@TheLawOffices.com

Attorney for John Hagener

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | Case No. 2:12-CR-00315 JAM |
| | ) | |
| Plaintiff, | ) | **STIPULATION AND** |
| | ) | **ORDER TERMINATING** |
| | ) | **CONDITIONS OF PRETRIAL** |
| | ) | **RELEASE AND PRETRIAL** |
| v. | ) | **SERVICES SUPERVISION** |
| | ) | |
| LEE LOOMIS, et al., | ) | |
| | ) | |
| Defendants. | ) | |

    The United States of America, through its counsel, Paul Hemesath, and defendant, John Hagener, through his counsel William J. Portanova, upon the recommendation of Pretrial Services due to Mr. Hagener's record of compliance with the conditions of his pretrial release, stipulate that all conditions of Mr. Hagener 's pretrial release and his supervision by Pretrial Services shall be terminated.  It is understood by the parties that the unsecured appearance bond

\\\

\\\

\\\

\\\

previously posted by Mr. Hagener shall remain in effect and the United States passport hereto surrendered by Mr. Hagener shall remain in the custody of the Court until further order.

**IT IS SO STIPULATED.**

Dated:          September 3, 2014                 /s/ William J. Portanova

                                                  WILLIAM J. PORTANOVA
                                                  Attorney for John Hagener

Dated:          September 3, 2014                 /s/ Paul Hemesath

                                                  PAUL HEMESATH
                                                  Assistant United States Attorney

Dated:          September 3, 2014                 /s/ Mike Evans

                                                  MIKE EVANS
                                                  U.S. Pretrial Services Officer

**IT IS SO ORDERED.**

Dated: September 3, 2014                          /s/ John A. Mendez
                                                  THE HON. JOHN A. MENDEZ
                                                  United States District Judge