WILLIAM J. PORTANOVA, State Bar No. 106193
Attorney at Law
400 Capitol Mall, Suite 1100
Sacramento, CA 95814
Telephone: (916) 444-7900
Fax: (916) 444-7998
Portanova@TheLawOffices.com

Attorney for John Hagener

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | Case No. 2:12-CR-00315 JAM |
| | ) | |
| Plaintiff, | ) | **STIPULATION AND** |
| | ) | **ORDER CONTINUING JUDGMENT** |
| v. | ) | **AND SENTENCING** |
| | ) | |
| JOHN HAGENER, | ) | Date:  May 3, 2016 |
| | ) | Time:  9:00 a.m. |
| Defendants. | ) | Judge: Hon. John A. Mendez |
| | ) | |

With the Court's permission, plaintiff United States of America, by and through its counsel, Assistant United States Attorney Paul Hemesath, and defendant John Hagener, by and through his attorney, William J. Portanova, hereby stipulate that the date for Judgment and Sentencing, now set for May 3, 2016, at 9:15 a.m. be continued to November 1, 2016, at 9:15 a.m. and that the following schedule for disclosure of the Pre-Sentence Report and the filing of objections be adopted:

| | |
|---|---|
| Judgment and Sentencing Date: | November 1, 2016 |
| Reply or Statement of Non-Opposition: | October 25, 2016 |
| Motion for Correction of the Pre-Sentence Report shall be filed with the court and served on the Probation Officer and Opposing Counsel: | October 18, 2016 |

STIPULATION AND [PROPOSED] ORDER CONTINUING JUDGMENT AND SENTENCING
2:12-CR-00315 JAM

| | | |
|---|---|---|
| 1 | Pre-Sentence Report Shall be Filed with the Court and Disclosed to Counsel: | October 11, 2016 |
| 2 | | |
| 3 | Counsel's Written Objections to the Pre-Sentence Report Shall be Delivered to the Probation Officer and Opposing Counsel: | October 4, 2016 |
| 4 | | |
| 5 | The Proposed Pre-Sentence Report Shall be Disclosed to Counsel: | September 20, 2016 |

This continuance is necessary as the U.S. Attorney is likely using John Hagener as a witness in co-defendant's upcoming trials and is requesting a later date.

**IT IS SO STIPULATED.**

Dated:      March 14, 2016            /s/ William J. Portanova
_____
WILLIAM J. PORTANOVA
Attorney for John Hagener

Dated:      March 14, 2016
/s/ Paul Hemesath
_____
PAUL HEMESATH
Assistant United States Attorney

**IT IS SO ORDERED.**

Dated: 3/14/2016                      /s/ John A. Mendez
THE HON. JOHN A. MENDEZ
United States District Court Judge

STIPULATION AND [PROPOSED] ORDER CONTINUING JUDGMENT AND SENTENCING
2:12-CR-00315 JAM