WILLIAM J. PORTANOVA, State Bar No. 106193
Attorney at Law
400 Capitol Mall, Suite 1100
Sacramento, CA 95814
Telephone: (916) 444-7900
Fax: (916) 444-7998
Portanova@TheLawOffices.com

Attorney for John Hagener

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | ) | Case No. 2:12-CR-00315 JAM |
|---|---|---|
| Plaintiff, | ) | **STIPULATION AND ORDER CONTINUING JUDGMENT AND SENTENCING** |
| v. | ) | |
| JOHN HAGENER, | ) | Date: November 1, 2016 |
| | ) | Time: 9:15 a.m. |
| Defendants. | ) | Judge: Hon. John A. Mendez |

With the Court's permission, plaintiff United States of America, by and through its counsel, Assistant United States Attorney Paul Hemesath, and defendant John Hagener, by and through his attorney, William J. Portanova, hereby stipulate that the date for Judgment and Sentencing, now set for November 1, 2016, at 9:15 a.m. be continued to February 21, 2017, at 9:15 a.m. and that the following schedule for disclosure of the Pre-Sentence Report and the filing of objections be adopted:

| | |
|---|---|
| Judgment and Sentencing Date: | February 21, 2017 |
| Reply or Statement of Non-Opposition: | February 14, 2017 |
| Motion for Correction of the Pre-Sentence Report shall be filed with the court and served on the Probation Officer and Opposing Counsel: | February 7, 2017 |

STIPULATION AND [PROPOSED] ORDER CONTINUING JUDGMENT AND SENTENCING
2:12-CR-00315 JAM

| | |
|---|---|
| Pre-Sentence Report Shall be Filed with the Court and Disclosed to Counsel: | January 31, 2017 |
| Counsel's Written Objections to the Pre-Sentence Report Shall be Delivered to the Probation Officer and Opposing Counsel: | January 24, 2017 |
| The Proposed Pre-Sentence Report Shall be Disclosed to Counsel: | January 10, 2017 |

This continuance is necessary as the U.S. Attorney is likely using John Hagener as a witness in co-defendant's upcoming trials and is requesting a later date.

**IT IS SO STIPULATED.**

Dated:   October 28, 2016             /s/ William J. Portanova
                                      _____
                                      WILLIAM J. PORTANOVA
                                      Attorney for John Hagener

Dated:   October 28, 2016             /s/ Paul Hemesath
                                      _____
                                      PAUL HEMESATH
                                      Assistant United States Attorney

**IT IS SO ORDERED.**

Dated: 10/28/2016                     /s/ John A. Mendez_____
                                      THE HON. JOHN A. MENDEZ
                                      United States District Court Judge