WILLIAM J. PORTANOVA, State Bar No. 106193
Attorney at Law
400 Capitol Mall, Suite 1100
Sacramento, CA 95814
Telephone: (916) 444-7900
Fax: (916) 444-7998
Portanova@TheLawOffices.com

Attorney for John Hagener

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, ) <br> ) <br> Plaintiff, ) <br> ) <br> v. ) <br> ) <br> JOHN HAGENER, ) <br> ) <br> Defendants. ) <br> ) | Case No. 2:12-CR-00315 JAM <br><br> STIPULATION AND [~~PROPOSED~~] ORDER CONTINUING JUDGMENT AND SENTENCING <br><br> Date:  January 24, 2017 <br> Time:  9:00 a.m. <br> Judge: Hon. John A. Mendez |

With the Court's permission, plaintiff United States of America, by and through its counsel, Assistant United States Attorney Paul Hemesath, and defendant John Hagener, by and through his attorney, William J. Portanova, hereby stipulate that the date for Judgment and Sentencing, now set for February 21, 2017, at 9:15 a.m. be continued to April 11, 2017 at 9:15 a.m. and that the following schedule for disclosure of the Pre-Sentence Report and the filing of objections be adopted:

| | |
|---|---|
| Judgment and Sentencing Date: | April 11, 2017 |
| Reply or Statement of Non-Opposition: | April 4, 2017 |
| Motion for Correction of the Pre-Sentence Report shall be filed with the court and served on the Probation Officer and Opposing Counsel: | March 28, 2017 |

STIPULATION AND [PROPOSED] ORDER CONTINUING JUDGMENT AND SENTENCING
2:12-CR-00315 JAM

| | |
|---|---|
| Pre-Sentence Report Shall be Filed with the Court and Disclosed to Counsel: | March 21, 2017 |
| Counsel's Written Objections to the Pre-Sentence Report Shall be Delivered to the Probation Officer and Opposing Counsel: | March 14, 2017 |

**IT IS SO STIPULATED.**

Dated:  February 24, 2017          /s/ William J. Portanova

　　　　　　　　　　　　　　　　　WILLIAM J. PORTANOVA
　　　　　　　　　　　　　　　　　Attorney for John Hagener

Dated:  February 24, 2017          /s/ Paul Hemesath

　　　　　　　　　　　　　　　　　PAUL HEMESATH
　　　　　　　　　　　　　　　　　Assistant United States Attorney

**IT IS SO ORDERED.**

Dated: 1-24-2017

　　　　　　　　　　　　　　　　　THE HON. JOHN A. MENDEZ
　　　　　　　　　　　　　　　　　United States District Judge