WILLIAM J. PORTANOVA, State Bar No. 106193
Attorney at Law
400 Capitol Mall, Suite 1100
Sacramento, CA 95814
Telephone: (916) 444-7900
Fax: (916) 444-7998
Portanova@TheLawOffices.com

Attorney for Defendant
John Hagener

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | Case No. 2:12-CR-00315 JAM |
| Plaintiff, | **STIPULATION AND ORDER CONTINUING JUDGMENT AND SENTENCING** |
| v. | |
| JOHN HAGENER, | Date: June 13, 2017 |
| | Time: 9:15 a.m. |
| Defendants. | Judge: Hon. John A. Mendez |

With the Court's permission, plaintiff United States of America, by and through its counsel, Assistant United States Attorney Paul Hemesath, and defendant John Hagener, by and through his attorney, William J. Portanova, hereby stipulate that the date for Judgment and Sentencing, now set for June 13, 2017, at 9:15 a.m. be continued to August 22, 2017 at 9:15 a.m.

///

///

///

///

///

///

STIPULATION AND [PROPOSED] ORDER CONTINUING JUDGMENT AND SENTENCING
2:12-CR-00315 JAM

**IT IS SO STIPULATED.**

Dated: May 18, 2017                     /s/ William J. Portanova
                                        _____
                                        WILLIAM J. PORTANOVA
                                        Attorney for John Hagener


Dated: May 18, 2017                     /s/ Paul Hemesath
                                        _____
                                        PAUL HEMESATH
                                        Assistant United States Attorney


**IT IS SO ORDERED.**

Dated: 5/18/2017                        /s/ John A. Mendez_____
                                        THE HON. JOHN A. MENDEZ
                                        United States District Court Judge