WILLIAM J. PORTANOVA, State Bar No. 106193
Attorney at Law
400 Capitol Mall, Suite 1100
Sacramento, CA 95814
Telephone: (916) 444-7900
Fax: (916) 444-7998
Portanova@TheLawOffices.com

Attorney for John Hagener

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | ) | Case No. 2:12-CR-00315 JAM |
|---|---|---|
| Plaintiff, | ) | **APPLICATION AND [PROPOSED] ORDER RELEASING SECURED PORTION OF BOND** |
| v. | ) | |
| JOHN HAGENER, | ) | |
| Defendants. | ) | |

On September 4, 2012, defendant John Hagener was released on an unsecured bond with the condition that he provide a deed of trust on certain real property. On March 13, 2018, he was sentenced to one year and one day imprisonment in the U.S. Bureau of Prisons and he is due to self-surrender to Sheridan Satellite Camp on May 24, 2018 to begin serving his sentence.

This Application seeks to release this secured real property and allow Mr. Hagener to remain out of custody pending his self-surrender under the unsecured bond previously signed and co-signed by his wife.

The United States Attorney's Office does not object to the release of this secured property so long as the unsecured bond remains in effect.

///

APPLICATION AND [PROPOSED] ORDER
RELEASING SECURED PORTION OF BOND      1

///

Accordingly, the surety for the defendant's bail bond is entitled to the release of the Property bond, and it is respectfully requested that the Court direct the Clerk of the Court to reconvey title forthwith, and that the secured portion of the bond be exonerated.

DATED: April 2, 2018            /s/ William J. Portanova

                                     WILLIAM J. PORTANOVA
                                     Attorney for Defendant
                                     JOHN HAGENER

### [~~PROPOSED~~] ORDER

For the reasons stated in defendant's application and good cause showing, the Court HEREBY ORDERS THAT the secured portion of defendant's property bond be exonerated and the Clerk of the Court to reconvey title forthwith.

IT IS SO ORDERED.

DATED: April 4, 2018

_____
THE HON. EDMUND F. BRENNAN
Chief United States Magistrate Judge